UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                                       CRIMINAL NO. 19-127-JWD-EWD

MICHAEL NELSON

### ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court has reviewed the file in the above−captioned matter, specifically the Report and Recommendation of the United States Magistrate Judge, wherein the Defendant waived appearance before this Court and appeared before the Magistrate Judge for the taking of a felony guilty plea and Federal Rule of Criminal Procedure 11 Allocution.

The Magistrate Judge recommends that the undersigned accept the Defendant's plea of guilty. Noting no objection by the Defendant, or the United States (Doc. 466), the Court **ACCEPTS** the findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation and that the plea of guilty be and is hereby accepted and that a final entry of guilty be and is hereby entered against Michael D. Nelson to the Superseding Bill of Information for Violations of the Federal Control Substances Act (Doc. 455 (Count 1—Conspiracy to distribute and to possess with intent to distribute 500 grams or more of a substance containing a detectable amount of cocaine and 50 grams or more of a substance containing a detectable amount of methamphetamine; Count 2— Possession with intent to distribute a substance containing a detectable amount of methamphetamine; and Count 3— Possession with the intent to distribute 50 or more grams of a substance containing a detectable amount of methamphetamine)).

**IT IS SO ORDERED**.

Signed in Baton Rouge, Louisiana, on June 20, 2025.

                                              **JUDGE JOHN W. deGRAVELLES**
                                              **UNITED STATES DISTRICT COURT**
                                              **MIDDLE DISTRICT OF LOUISIANA**